UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

**Petition for Warrant or Summons for Offender Under Supervision**

Name of Offender:   Krista Marie Sullivan                                    Case Number: 1:22CR00068-01

Name of Sentencing Judicial Officer: The Honorable Robert J. Jonker
                                                              U.S. District Judge

Date of Original Sentence: December 12, 2022

Original Offense: Count 1: False Statement During Purchase of Firearms;
                              18 U.S.C. §§ 922(a)(6) and 924(a)(2)

Original Sentence: 24 months imprisonment and 3 years supervised release. Special Conditions (1) substance abuse testing/treatment, (2) mental health treatment, (3) financial disclosure, (4) search with reasonable suspicion of violation. Special Assessment, $100.00 (paid). Fine, $500.00 (paid).

Type of Supervision: Supervised Release                      Date Supervision Commenced: March 8, 2024
                                                                                     Expiration Date: March 7, 2027

Assistant U.S. Attorney: Lauren F. Biksacky          Defense Attorney: Lucas Xavier Dillian, Sr.

---

**PETITIONING THE COURT**

[X]   To issue a summons

The probation officer believes that the offender has violated the following condition of supervision:

**Violation Number 1**

**Mandatory Condition 1: You must not commit another federal, state, or local crime.**

On or about December 7, 2025, Ms. Sullivan possessed oxycodone. Possession of oxycodone is in violation of MCL 333.7403(1), (2)(a)(v), a felony, punishable by 4 years imprisonment and/or a fine of not more than $25,000.00.

**Violation Number 2**

**Mandatory Condition 3: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

On or about December 7, 2025, Ms. Sullivan used Percocet (oxycodone).

**Violation Number 3**

**Mandatory Condition 1: You must not commit another federal, state, or local crime.**

On or about December 7, 2025, Ms. Sullivan possessed Xanax, a Schedule IV controlled substance, without a valid prescription. Possession of Xanax is in violation of MCL 333.7403(2)(b)(ii), a felony, punishable by imprisonment of not more than 2 years and/or a fine of not more than $2,000.00.

**Violation Number 4**

**Mandatory Condition 3: You must refrain from any unlawful use of a controlled substance. You must submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter, as determined by the court.**

On or about December 7, 2025, Ms. Sullivan used Xanax.

**Nature of Noncompliance for Violations 1-4**

On December 11, 2025, this officer, accompanied by Supervisory U.S. Probation Officer Krista K. Garcia, conducted a home visit with Ms. Sullivan at her residence. During the contact, she submitted a urine sample for random drug testing. The sample returned presumptive positive for oxycodone and benzodiazepine. Ms. Sullivan admitted to using Xanax and Percocet on or about December 7, 2025, and cooperatively signed a Drug Use Admission form.

On December 12, 2025, Ms. Sullivan submitted a urine sample at the U.S. Probation Officer, Lansing, Michigan, for random drug testing. The sample returned presumptive positive for oxycodone. Ms. Sullivan reiterated she used Percocet on or about December 7, 2025. The specimen was sent to Alere Toxicology, Gretna, Louisiana for further testing. The results are pending.

**Previous Violations**

- **March 24, 2025:** Report on Offender: Ms. Sullivan possessed and tested positive for benzodiazepines and opiates. She was verbally admonished, and a cognitive exercise was employed to address the short and long-term consequences of continued drug use. Your Honor agreed with the recommendation for no court action.

- **December 9, 2025:** Report on Offender: Ms. Sullivan possessed and tested positive for benzodiazepine and oxycodone. She was verbally admonished and referred to complete a substance abuse assessment with Cristo Reys Services, Lansing, and re-enrolled in the random drug testing program. Your Honor agreed with the recommendation for no Court action; and noted additional comments/concerns.

PROB 12C

Krista Marie Sullivan
1:22CR00068-01

**U.S. Probation Officer Recommendation:**

The supervised release should be
    [X] revoked.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 18, 2025

| Approved, | Respectfully submitted, |
|---|---|
| by /s/ Krista K. Garcia<br>Krista K. Garcia<br>Supervisory U.S. Probation Officer<br>Date: December 18, 2025 | by /s/ Tiara D. Wallace<br>Tiara D. Wallace<br>U.S. Probation Officer<br>Date: December 18, 2025 |

THE COURT ORDERS:

☐     No Action
☐     The Issuance of a Warrant
☒     The Issuance of a Summons
☐     Other

/s/ Robert J. Jonker
The Honorable Robert J. Jonker
U.S. District Judge

December 19, 2025
Date